IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01545-PSF-CBS

BRADFORD K. HENDERSON,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the parties' Joint Motion to Amend Scheduling Order (Docket No. 40, Filed July 19, 2005) is **GRANTED.** It is further

    **ORDERED** the Discovery Cut-off is extended to **August 31, 2005,** to complete the deposition of Ms. Kim Seville.

    **ORDERED** the written Discovery Deadline is extended to **August 31, 2005,** to serve additional written discovery requests up to the numeric limits provided in the Scheduling Order.

    **ORDERED** the Dispositive Motion Deadline is extended to and including **September 30, 2005.** Although the Motion requested an extension to and including September 31, it is noted the last day of September is the 30th.

**DATED:** July 21, 2005