IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01545-PSF-CBS

BRADFORD K. HENDERSON,

      Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

      Defendant.

---

## ORDER GRANTING MOTION TO VACATE AND RESCHEDULE FINAL PRETRIAL CONFERENCE

---

THIS MATTER having come before the Court on Defendant United Parcel Service, Inc.'s ("UPS") Unopposed Motion to Vacate and Reschedule Final Pretrial Conference (filed December 15, 2005; *doc. no. 62*), and the Court being fully advised,

IT IS ORDERED THAT Defendant UPS' Unopposed Motion to Vacate and Reschedule Final Pretrial Conference is **GRANTED**. The final pretrial conference presently scheduled for December 28, 2005, is **VACATED** and **RESET** to **February 2, 2006, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to file a joint proposed final pretrial order on or before **January 26, 2006**.

Dated: December 20th, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge