IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01545-PSF-CBS

BRADFORD K. HENDERSON,

   Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

   Defendant.

___

## ORDER SETTING CASE FOR TRIAL
___

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 26, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **June 20, 2006 at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED: February 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge