IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01545-PSF-CBS

BRADFORD K. HENDERSON,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 111). The Court being fully advised, hereby approves the parties' stipulation as follows:

IT IS ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

The Court FURTHER ORDERS that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by plaintiff and that any disclosure of such terms except to his immediate family, his tax advisors or as may be required by law may constitute contempt of Court for which this Court may enter such sanctions as are appropriate. As a further exception to

this confidentiality provision, plaintiff may disclose any aspect of the tax treatment and tax structure of this settlement to any third party.

DATED: July 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge